U.S. District Court
Western Division

NO CV30 CV71

Charmane Smith,
Plaintiff,

Civil Case:
**CV20-439**-CJC(KSx)

v.

Coldwell Banker
Collins-Maury,
Defendant.

Jury Trial Demanded



FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Civil Complaint

Parties

1. Charmane Smith is the Pro Se Plaintiff, and a Citizen of and is domiciled in the State of Tennessee

2. Defendant Coldwell Banker Collins-Maury is a Corporation and is incorporated in the State of California (assumed)

Jurisdiction

1. Federal Question - 1331

2. Diversity - 1332
   - Amount in Controversy: $5,800,000.00

3. Supplemental - Title 28 U.S.C. § 1367

## Statement of Facts

1. I, Pro Se Plaintiff, Charmane Smith, am a resident, who pays monthly rent, of the house located at 6434 Sulgrave Drive, Memphis, TN 38119.

2. I moved to the property at 6434 Sulgrave Drive, Memphis, TN 38119 - on the date of October 8, 2019.

3. The homeowner, who is my Mother, paid cash for the property we share at 6434 Sulgrave Drive, Memphis, TN 38119.

4. After moving in to the Sulgrave property, the following, undisclosed, serious defects were found:

   - Evidence of Termite Infestation, possibly across the entire house
   - Faulty Wiring - the light switches emit a shock throughout the house and the kitchen and bathroom sinks have emitted a fishy odor, a possible sign of fire hazards
   - Faulty Installation of Fluorescent Lights in the Kitchen and Bathroom that causes interference with television reception
   - Faulty Installation of the Garbage Disposal Unit
   - Damaged Electrical Receptacle
   - Damaged HVAC System

- Possible Drainage Issue in backyard
- Abandoned Property in the Attic
- Defective Attic Door, Railings, and Flooring (possibly due to Termite Damage)
- Possible Plumbing Defects - flushed waste has returned in toilet bowls on at least 5 different occasions

## Claims

1. Contract Fraud
2. Unclean Hands
3. Fraud In the Inception
4. Fraud In the Inducement
5. Unconscionable
6. Breach of Contract

1. Contractual Damages
   - Direct Losses due to violation of contract
   - Equals amount paid to enforce the contract

2. Compensatory Damages
   - Consequential
     - Related and Indirect Economic Losses suffered due to breach

3. Liquidated Damages
   - Predetermined Damages as penalty for breach

4. Punitive Damages
   - Fine imposed for contract breach

5. Restitution Damages
   - To prevent unfair enrichment at expense of aggrieved party

6. Expectation Damages
   - Recoverable from a breach of contract

7. Lanham Act

8. Third-Party Standing
   - I have interchangeable economic interests with the homeowner, who is my Mother, to whom I pay monthly rent

9. Failure to Disclose Property Defects

10. Negligence

11. Misrepresentation
    - Negligent
    - Fraudulent

## Demand for Relief

Monetary Award of $5,800,000.00 TREBLED (Five Million, Eight Hundred Thousand Dollars x 3) plus All Court, Attorney, Lawsuit Advance/Settlement Funding, Lodging, Meal and Incidental, Travel Per Diem, Mileage, Expert Witness, and Judgment Collection Costs, Fees, Expenses, and Interest to be paid by the Defendant.

Dated: January 9, 2020

Respectfully,

Charmane Smith, Pro Se
6434 Sulgrave Drive
Memphis, TN 38119
(901) 310-4897

Defendant:

1. Coldwell Banker Collins-Maury
119 North Larchment Boulevard
Los Angeles, CA 90004

# Damages Calculations

1. Termite Treatment — $500,000.00
   - $5,000.00/Year × 100 Years (Life of the Home)

2. Termite Prevention — $3,600,000.00
   - $3,000.00/Month × 100 Years

3. Repair of Carpentry Framings — $10,000.00

4. Attic Insulation Installation — $4,000.00

5. Drywall Repair — $200,000.00

6. Whole House Electrical Rewiring — $20,000.00

7. Lighting Fixture Replacement — $4,000.00
   - 2 Fixtures / $2,000.00 Each

8. HVAC Replacement and Installation — $20,000.00

9. Garbage Disposal Unit Installation — $1,600.00

10. Closet Door Replacement — $2,200.00
    (x2 Sets) · Bifold

11. Sewer Line Replacement          $30,000.00

12. Main Water Line Replacement     $7,000.00

13. Storm Drainage System           $5,000.00
    Replacement

    - Cleaning                      $500,000.00
      - $5,000/Years x 100 Years
    (Includes Expected Price Increase over time)

    - Inspection                    $35,000.00
      - $350/Year x 100 Years

14. Wood Furniture                  $40,000.00
    ($1,000.00 per piece x 40 pieces)

15. Attic Door Replacement          $2,000.00

16. Utility Bills for               $600.00
    October - December 2019

17. Lost Opportunity to Purchase    $200,000.00
    a different House Choice at
    the time of the purchase of
    the Sulgrave Property

18. Emotional Distress              $523,200.00
    (Wreckless, Indifferent
    and/or Intentional Infliction)
    = 10% of All Other Damages

19. Overpayment (Amount paid in excess of Property Value at time of purchase)  $48,500.00

20. Attic Door Replacement  $1,500.00

21. Abandoned Property Removal  $600.00

Total: $5,755,200.00

Complaint

Attn: Clerk Office
U.S. District Court
350 W. 1st Street, Suite 4311
Los Angeles, CA 90012-4565

RECEIVED
U.S. DISTRICT COURT
JAN 13 2020

FOREVER / USA